ABD: USAO# 2012R00434

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

CLERK'S OFFICE
AT BALTIMORE

BY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. JKB-12-0603 |
| v. | * |
| | * (Bank Robbery, 18 U.S.C. §§ 2113(a), |
| MARK EDWARD COULTER, | * (d) & (f); Attempted Bank Robbery, |
| | * 18 U.S.C. §§ 2113(a), (f)) |
| Defendant | * |

*******

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about May 3, 2012, in the District of Maryland, the defendant,

## MARK EDWARD COULTER,

did by force, violence and intimidation, take and attempt to take from the person and presence of employees of PNC Bank, 3386 Laurel Fort Meade Road, Laurel, Maryland, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, money in the amount of $4,500.00 more or less, belonging to and in the care, custody, control, management and possession of said bank, and did, in committing this offense, put in jeopardy the life of a person by the use of a dangerous device, to wit, a fake chemical device that purported to be real.

18 U.S.C. §§ 2113(a), (d) & (f)

1

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about May 21, 2012, in the District of Maryland, the defendant,

**MARK EDWARD COULTER,**

did by force, violence and intimidation, attempt to take from the person and presence of employees of Capitol One Bank, 3355 Corridor Marketplace in Laurel, Maryland, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, money, belonging to and in the care, custody, control, management and possession of said bank.

18 U.S.C. §§ 2113(a) & (f)

*Rod Rosenstein/(sig)*
Rod J. Rosenstein
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**
Foreperson

Date: 11/15/2012